IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case Number: 2:22-cv-00812

IMIRACLE (HK) LIMITED,

        Plaintiff,

v.

SMOKE N BLOW HOUSE OF VAPE LLC d/b/a SMOKE N BLOW HOUSE OF VAPE, SAFDAR MUHAMMAD, and LISA HUGULEY,

        Defendants.
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, IMIRACLE (HK) LIMITED, by and through its undersigned counsel, hereby provides notice to the Court that all parties have settled all claims in this matter and are finalizing the terms to execute a Confidential Settlement Agreement. The Plaintiff will soon dismiss this case, upon finalization of the agreed upon terms of the Settlement Agreement.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 7th day of March 2023, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

>*/s/ Gabrielle Alexa Penalta*
>Gabrielle Alexa Penalta
>Fla Bar #301796
>The Ticktin Law Group
>270 SW Natura Avenue
>Deerfield Beach, Florida 33441
>Serv600@LegalBrains.com
>Telephone: 813-448-1129
>*Attorney for the Plaintiff*